No. 10-10977. Rayfield Ransom, Petitioner v. James M. Holman, et al.

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 5961.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

No. 10-10978. Jose Medrano, Petitioner v. Marcus Hardy, Warden.

565 U.S. 860, 132 S. Ct. 197, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 5902.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-10980. Lionell G. Miller, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.

565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6168.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-10981. Timothy Lee Wilson, Petitioner v. United States.

565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6077.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 411 Fed. Appx. 938.

No. 10-10983. Michael Burt, Petitioner v. United States.

565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6528,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10985. Satiro Williams, Petitioner v. Gregory Knowlin, Warden.

565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6044.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 284.

No. 10-10986. James Aren Duckett, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6562.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10988. John Albert Schmitz, Petitioner v. Minnesota.

565 U.S. 860, 132 S. Ct. 198, 181 L. Ed. 2d 104, 2011 U.S. LEXIS 6310.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.